## OWEN ET AL. *v.* HARRIOTT.

[No. 6,914. Filed December 10, 1908.]

APPEAL.—*Certiorari.—Correction of Record.*—The record of the trial court cannot be corrected by a writ of *certiorari*, but must be corrected by such court on motion; and the corrected record may then be brought up by the writ of *certiorari*.

From Delaware Circuit Court; *Ed Jackson,* Judge.

Suit by Arthur L. Harriott against Timothy S. Owen and another. From a decree for plaintiff, defendants appeal. On motion for a writ of *certiorari*. *Motion overruled.* (For decision on merits, see — Ind. App. —.)

*Timothy S. Owen, pro se.* and *Frank Ellis,* for appellants. *McClellan & Hensel,* for appellee.

HADLEY, J.—Appellee's petition for a *certiorari* exhibits matters that should be presented to the lower court in the nature of a proceeding to correct the records of such court *nunc pro tunc,* and thereafter brought to this court under a writ of *certiorari*. It is not the province of this court to correct errors in the records of the proceedings of the lower court; that should be done in the forum where the errors occurred.

Petition denied.